# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOMEZ, ROCKY | § | Case No. 12-44711 |
| GOMEZ, ANNA THERESA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - ROCKY & ANNA GOMEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-44711 DRC Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GOMEZ, ROCKY | | Date Filed (f) or Converted (c): | 11/12/12 (f) |
| | GOMEZ, ANNA THERESA | | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: | 04/30/14 (3rd reporting period for this case) | | Claims Bar Date: | 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 807 Spruce Street, Aurora, IL 60506 | 83,700.00 | 0.00 | | 0.00 | FA |
| 2. 809 Spruce Street, Aurora, IL 60506 | 71,300.00 | 0.00 | | 0.00 | FA |
| 3. Holiday Inn Club Vacation Timeshare in Gatlinburg, | 8,000.00 | 0.00 | | 0.00 | FA |
| 4. Old Second National Bank Checking | 20.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. Parties' wedding rings | 600.00 | 0.00 | | 0.00 | FA |
| 8. Surrender value for wife's term life insurance | 14,848.11 | 15,336.49 | | 17,986.49 | FA |
| 9. Husband's Retirement Savings Plan | 11,241.71 | 0.00 | | 0.00 | FA |
| 10. 2006 Cadillac SRX | 11,800.00 | 0.00 | | 0.00 | FA |
| 11. 1995 Plymouth Voyager | 900.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (u)  Federal Tax Refund | 0.00 | 5,684.58 | | 6,534.00 | FA |
| 13. Tax Refund (u) | 0.00 | 790.83 | | 909.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Ver: 17.05c

FORM P - ROCKY & ANNA GOMEZ

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-44711 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GOMEZ, ROCKY | | | | Date Filed (f) or Converted (c): | 11/12/12 (f) |
| | GOMEZ, ANNA THERESA | | | | 341(a) Meeting Date: | 12/31/12 |
| | | | | | Claims Bar Date: | 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| State of Illinois Tax Refund | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $203,409.82    $21,811.90        $25,429.49    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's whole life insurance policy and income tax refunds. Trustee demanded turnover of the life

insurance policy and also obtained the Debtors' tax returns. Trustee collected approximately $22,000 after paying the

Debtors their exemption in the life insurance policy. Trustee has reviewed claims, prepared her final report, and will

disburse funds after approval by the Court.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

/s/    Elizabeth C. Berg

_____    Date: 04/30/14

ELIZABETH C. BERG

FORM 2 - ROCKY & ANNA GOMEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Associated Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******5927  Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 21,728.06 | | 21,728.06 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.50 | 21,715.56 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 32.28 | 21,683.28 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 21,728.06 | 44.78 | 21,683.28 |
| Less: Bank Transfers/CD's | | 21,728.06 | 0.00 | |
| Subtotal | | 0.00 | 44.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 44.78 | |

Page Subtotals   21,728.06   44.78

FORM 2 - ROCKY & ANNA GOMEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/13 | 12 | United States Treasury | FED TAX REFUND | 1224-000 | 6,534.00 | | 6,534.00 |
| 03/13/13 | 13 | Treasurer of the State of Illinois | STATE TAX REFUND | 1224-000 | 909.00 | | 7,443.00 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 7,433.00 |
| 05/10/13 | 8 | American General Life Insurance Company<br>1050 N. Western Street<br>Amarillo TX 79106 | Insurance Refund | 1129-000 | 17,986.49 | | 25,419.49 |
| 05/13/13 | 001001 | ANNA GOMEZ<br>807 SPRUCE STREET<br>AURORA, IL 60506 | Exemption in Life Insurance<br>Exemption for Wife's Term Life Insurance from AIG | 8100-000 | | 2,650.00 | 22,769.49 |
| 05/17/13 | 001002 | ANNA GOMEZ<br>807 SPRUCE STREET<br>AURORA, IL 60506 | Pro-rata Portion of 2012 Tax Refund<br>State = $118.17<br>Federal = $849.42<br>This is debtor's post-petition portion of income tax refund. | 8500-000 | | 967.59 | 21,801.90 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 | 2600-000 | | 10.00 | 21,791.90 |
| | | | Page Subtotals | | 25,429.49 | 3,637.59 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.05c

FORM 2 - ROCKY & ANNA GOMEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ~JMM | | | | |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occurred on June 4, 2013. TCMS will not allow me to back date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 18.04 | 21,773.86 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 22.70 | 21,751.16 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 23.10 | 21,728.06 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 21,728.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,429.49 | 25,429.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 21,728.06 | |
| Subtotal | 25,429.49 | 3,701.43 | |
| Less: Payments to Debtors | | 3,617.59 | |
| Net | 25,429.49 | 83.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5927 | 0.00 | 44.78 | 21,683.28 |
| Checking Account - ********0338 | 25,429.49 | 83.84 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| Page Subtotals | 0.00 | 21,791.90 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.05c

FORM 2 - ROCKY & ANNA GOMEZ
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338  Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 25,429.49 | 128.62 | 21,683.28 |
| | | | | | ========== | ========== | ========== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| | | | EXHIBIT C - GOMEZ | | |
|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | Date: April 30, 2014 |

Case Number:   12-44711
Debtor Name:   GOMEZ, ROCKY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $17.18 | $0.00 | $17.18 |
| 001 2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,931.19 | $0.00 | $2,931.19 |
| 001 3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,684.00 | $0.00 | $1,684.00 |
| 001 3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $857.50 | $0.00 | $857.50 |
| 001 3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $10.39 | $0.00 | $10.39 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,433.39 | $0.00 | $10,433.39 |
| 000002 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,966.44 | $0.00 | $4,966.44 |
| 000003 070 7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | | $4,751.67 | $0.00 | $4,751.67 |
| 000004 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,021.00 | $0.00 | $1,021.00 |
| 000005 070 7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $2,503.04 | $0.00 | $2,503.04 |
| 000006 070 7100-00 | Springleaf Financial Services of Illinois, Inc<br>POB 3251<br>Evansville, IN 47731-3251 | Unsecured | | $3,853.27 | $0.00 | $3,853.27 |

| Page 2 | | EXHIBIT C - GOMEZ<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 30, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 12-44711 | | Claim Class Sequence | | | |
| Debtor Name: | GOMEZ, ROCKY | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $33,029.07 | $0.00 | $33,029.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-44711
Case Name: GOMEZ, ROCKY
   GOMEZ, ANNA THERESA
Trustee Name: Elizabeth C. Berg

Balance on hand                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____
Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Fifth Third Bank | $ | $ | $ |
| 000004 | Capital Recovery V, LLC | $ | $ | $ |
| 000005 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000006 | Springleaf Financial Services of | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE