UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44711 |
| Rocky and Anna Gomez, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: June 13, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Elizabeth C. Berg, Trustee |
| Authorized to Provide Professional Services to: | Estate |
| Date of Order Authorizing Employment: | November 12, 2012 |
| Period for Which Compensation is sought: | November 12, 2012 to Close of Case |
| Amount of Fees sought: | $2,931.19* |
| Amount of Expense Reimbursement sought: | $17.18 |

This is an:    Interim Application __    Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $0.00  .

Dated: May 12, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                                        Rocky and Anna Gomez, Debtors


                                        By:    /s/ Elizabeth C. Berg, Trustee
                                                Elizabeth C. Berg, Trustee

*\* Trustee has incurred fees in the amount of $4,593.50 for 19.50 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44711 |
| Rocky & Anna Gomez, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: June 13, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Rocky & Anna Gomez, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,931.19 as final compensation for her services rendered as trustee in this case from November 12, 2012 through the close of this case and for reimbursement of actual expenses incurred in the amount of $17.18. In support thereof, Trustee states as follows:

**Introduction**

1.     This case was commenced on November 12, 2012 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2.     Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     The main assets of the estate included an interest the debtors' Life Insurance Policy with American General ("Insurance Policy") and the Debtors' 2012 State and Federal Tax Refunds ("Tax Refunds").

4.     The bar date for filing claims in this case was June 18, 2013.

**Prior Compensation**

5.     This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7.     Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from November 12, 2012 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.     Trustee reviewed and analyzed the Debtors' schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtors under oath.

B.     Trustee investigated the estate's interest in the Debtors' life insurance policy and obtained turnover of the cash surrender value of the Insurance Policy; Trustee investigated the Debtors' unscheduled Federal and State Tax Returns and secured turnover of the Tax Refund proceeds;

C.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.     Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.     Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

F.  Trustee attended to all of the Estate's tax matters, including hiring a tax accountant and arranging for the preparation and filing of all required or appropriate tax returns for the Estate;

G.  Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

H.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.  Trustee has collected the sum of $25,429.49 on behalf of the Estate. Trustee has made $ 3,746.21 in disbursements in this case as of the date hereof.

9.  A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10.  During the period covered by this Application, Trustee has spent 19.50 hours rendering services on behalf of this Estate with a value of $4,610.68. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $650.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11.  The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $2,931.19 as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,250.00 |
| 10% of the next $16,811.90 | $ 1,681.19 |
| Total allowable compensation | $ 2,931.19 |

12.     Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from November 12, 2012 through the closing of the case in the amount of $3,196.19. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.     After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16.     The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17.     Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Rocky & Anna Gomez, debtors, requests the entry of an order providing the following:

A.  Allowing to Trustee final compensation in the amount of $2,931.19 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 12, 2012 through the closing of this case;

B.  Allowing to Trustee final compensation in the amount of $17.18 for actual and necessary expenses render and to be rendered on behalf of this Estate from November 12, 2012 through the closing of this case;

C.  Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

D.  For such other and further relief as this Court deems appropriate.

Dated:  April 30, 2014                Elizabeth C. Berg, as trustee of the estate
                                      of Rocky & Anna Gomez, debtors


                                      By:___/s/ Elizabeth C. Berg, as trustee____
                                            Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Ste 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**                    **Rocky and Anna Gomez, Debtors**
                                                       **Case No. 12-44711**

## Trustee's Itemized Billing Statements

## Exhibit A

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

### Invoice submitted to:

April 22, 2014
Invoice No:   02435

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Gomez - Trustee Matters*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/25/2013 | ECB | Review schedules and 341 testimony regarding potential case assets, including cash value in life insurance policy (.1) Prep memo to JMM re opening of case and demand letter to D's for information (.1) and prep memo to RKP re retention motions (.1)  Place call to debtor's counsel for further info (.1) | 0.40<br>$300.00/ hr | $120.00 |
| 2/26/2013 | ECB | Review American General policy and call agent re: details. | 0.20<br>$325.00/ hr | $65.00 |
| 2/26/2013 | ECB | Email to Debtors' counsel re turnover of income tax refund and status of liquidation of insurance policy | 0.20<br>$325.00/ hr | $65.00 |
| 3/01/2013 | ECB | Review and respond to email from D's attorney re endorsement and turnover of IDOR income tax refund check (.2) Review debtor's 521 dox and tax returns re same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 3/13/2013 | JMM | Obtain EIN from IRS (.1), Draft bank request email to Congressional (.1), Open New Bank Account in TCMS (.1), Deposit Checks in to TCMS (.1) and send checks to congressional via FedEx (.1) | 0.50<br>$175.00/ hr | $87.50 |

**Baldi Berg, Ltd**                                                                  4/22/2014

Gomez - Trustee Matters                                                   Page    2

| | | | | |
|---|---|---|---|---|
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/17/2013 | ECB | Confer with RKP re prep of turnover demand to insurance company | 0.10<br>$325.00/ hr | $32.50 |
| 4/25/2013 | ECB | TC with American General Finance re required documentation to liquidate insurance policy (.2)  Memo to staff re Follow up and obtaining required documentation (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update TR database to post monthly activity | 0.20<br>$325.00/ hr | $65.00 |
| 5/09/2013 | ECB | TC with Codilis and advise of no opposition to motion to lift stay on 809 Spruce Street property | 0.10<br>$325.00/ hr | $32.50 |
| 5/10/2013 | ECB | Process receipt of insurance cash surrender value (.1) ; Review Debtor's schedules and confirm exemption owing to debtor on same(.1)  Arrange for payment of same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 5/10/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/13/2013 | JMM | Review Schedules re: Exemptions & Cut Check to Debtor (.1) Draft Letter to Debtor (.5) and Debtor's Counsel (.1) re: Exemption in Life Insurance | 0.70<br>$175.00/ hr | $122.50 |
| 5/17/2013 | ECB | Review 2012 tax returns provided by Anna Gomez (.1) Calculate post-petition portion of refunds payable to | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg, Ltd**  4/22/2014

Gomez - Trustee Matters  Page    3

---

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | Debtor (.1) Prep instructions for staff re same (.1) | | |
| 5/21/2013 | ECB | Review file and TC with Anna Gomez to explain calculation of estate's pro-rata share of income tax refunds and value of estate's interest in insurance proceeds (.3) Review and calculate administrative claims (.2) Review claims filed to date (.1) Prep memo to accountant re prep of final tax return (.2) | 0.80<br>$325.00/ hr | $260.00 |
| 6/21/2013 | ECB | Review May 13 bank statements and approve bank reconciliation | 0.10<br>$325.00/ hr | $32.50 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/18/2013 | JMM | Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS (.1) | 0.10<br>$175.00/ hr | $17.50 |
| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.10<br>$325.00/ hr | $32.50 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                  4/22/2014

Gomez - Trustee Matters                                                         Page    4

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/08/2013 | JMM | Review Bank Statement Online (.2), Correspond with TCMS Bank Statement (.1), Draft email to Congressional re: Bank Service Fees & Bank Balance (.5) | 0.80<br>$175.00/ hr | $140.00 |
| 10/10/2013 | ECB | Review all claims (.5) Investigate Springleaf claim with affidavit of lost documentation and TC Springleaf re same (.3) | 0.80<br>$325.00/ hr | $260.00 |
| 10/10/2013 | ECB | Review administrative claims and prep proposed distribution | 0.50<br>$325.00/ hr | $162.50 |
| 10/14/2013 | ECB | Open, review and approve Sept 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/18/2013 | ECB | TC with Debtor to confirm validity of claim of Am. Gen. Finance n/k/a Springleaf (.1) | 0.10<br>$325.00/ hr | $32.50 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/24/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 11/12/2013 | ECB | Open and approve Oct 13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/12/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                4/22/2014

Gomez - Trustee Matters                                                      Page     5

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/07/2013 | ECB | Open, review and approve Nov 13 bank statement | 0.10 $325.00/ hr | $32.50 |
| 12/10/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 1/15/2014 | ECB | Review and respond to UST inquiries in connection with review of TR annual report | 0.60 $325.00/ hr | $195.00 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/ hr | $58.50 |
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10 $325.00/ hr | $32.50 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/04/2014 | ECB | Prepare supporting documents for tax return prep and forward same to Estate's accountant (.3) Correspondence with accountant re taxable portion of insurance cash surrender proceeds (.2) | 0.50 $325.00/ hr | $162.50 |
| 3/05/2014 | ECB | TC with L. West re status of 1099-R from insurance company | 0.10 $325.00/ hr | $32.50 |
| 3/05/2014 | JMM | TC to Anna re: Insurance Policy Letter and 1099R (.1) | 0.10 $175.00/ hr | $17.50 |
| 3/24/2014 | ECB | Review and execute 2013 tax returns (.3) Confer with staff re filing same(.1) | 0.40 $325.00/ hr | $130.00 |
| 3/24/2014 | JMM | Draft Letter to IRS re: Filing 2013 Tax Return (.5), Sent via Certified mail (.1), Draft Letter to IDOR re: Filing 2013 State Tax Return (.5), Sent via Certified mail (.1), Draft Prompt Determination Letter to IRS (.3), Draft | 1.80 $175.00/ hr | $315.00 |

**Baldi Berg, Ltd**                                                                 4/22/2014

Gomez - Trustee Matters                                                      Page    6

---

Prompt Determination Letter to IDOR (.3)

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/2014 | JMM | Review case file for information needed to prepare TFR and related documents (.4); Review claims and update system with information needed to prepare TFR and NFR (.4) | 0.80 $175.00/ hr | $140.00 |
| 4/15/2014 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); prepare TFR (1.0); and NFR (.4); review and edit Trustee final report package (.5) | 3.40 $175.00/ hr | $595.00 |

Total Fees     $4,593.50

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/24/2014 | Tax Returns and Letter sent via Certified Mail to IRS ($7.40) + Tax Returns and Letter sent via Certified Mail to IDOR ($7.19) + Prompt Determination Letter sent to IRS ($1.19) + Prompt Determination Letter sent to IDOR ($1.40) = | 1.00 @ /each | $17.18 |

Total Expenses     $17.18

Total New Charges     $4,610.68

Previous Balance     $0.00

Balance Due     $4,610.68

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.40 | $300.00 |
| Elizabeth C Berg | 7.50 | $325.00 |
| Jason M Manola | 11.30 | $175.00 |
| Ricki K Podorovsky | 0.30 | $195.00 |

19.50

**Trustee's Final Fee Application**  **Rocky and Anna Gomez, Debtors**
                                      **Case No. 12-44711**

## Rule 2016 Affidavit

.

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Rocky and Anna Gomez, | ) | Case No. 12-44711 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook      )

    I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

    2.    I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

    3.    I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

    4.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on April 29, 2014

_____
Notary Public

> OFFICIAL SEAL
> JASON M MANOLA
> Notary Public - State of Illinois
> My Commission Expires Nov 1, 2015

**Exhibit B**