UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Rocky and Anna Gomez, ) | Case No. 12-44711 |
| ) | |
| ) | Honorable Donald R. Cassling |
| Debtors. ) | (Kane County) |
| ) | Hearing Date: June 13, 2014 |
| ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to: Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment: February 7, 2013

Period for Which
Compensation is sought: January 29, 2013 to Close of Case

Amount of Fees sought: $1,684.00

Amount of Expense
Reimbursement sought: $10.39

This is an:    Interim Application __    Final Application _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___ .

Dated: May 12, 2014              Baldi Berg, Ltd.
                                 (formerly Baldi Berg & Wallace, Ltd.)


                                 By:   /s/Elizabeth C. Berg
                                       Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44711 |
| Rocky & Anna Gomez, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: June 13, 2014 |
| Debtors. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation and
Reimbursement of Expenses of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB") formerly known as Baldi Berg & Wallace, Ltd, attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Rocky and Anna Gomez, Debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BB of 1) $1,684.00 as final compensation for 9.2 hours of legal services rendered to the Trustee from January 25, 2013 through the close of this case; and 2) $10.39 as reimbursement of expenses incurred in connection with such services. In support thereof, BB respectfully states as follows:

**Introduction**

1. Debtor(s) commenced this case on November 12, 2012 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The main assets of the estate included an interest in the debtors' Life Insurance Policy with American General ("Insurance Policy") and the Debtors' 2012 State and Federal Tax Refunds ("Tax Refunds").

4. The bar date for filing claims in this case was June 18, 2013.

### Retention of BB

5.  On February 7, 2013, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, now known as Baldi Berg, Ltd., as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6.  The professional qualifications and experience of the BB attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals that were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg -- Partner
> Ricki Podrovsky -- Paralegal
> Jason Manola -- Paralegal

### Prior Compensation Received

7.  This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

### Services Rendered by BB

8.  Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.  The services provided by BB have been summarized below and are the

services rendered by BB during the period covered by this Application:

### General Administration

In connection with the foregoing, BB spent 9.2 hours for which its requests allowance and payment of final compensation in the amount of $1,684.00. The services rendered by BB include advising the Trustee as to general case administration including the recovery of assets. For the Court's convenience, BB summarizes the services as follows: as requested by Trustee, BB prepared and presented the Trustee's Motion to Employ Attorneys and Accountants. BB researched and advised Trustee as to the Estate's interest in a Life Insurance Policy scheduled with a value of $14,848.11. BB advised the Trustee that the Life Insurance was recoverable by the Trustee and, as requested, represented the Trustee in the recovery of the Insurance Policy. Specifically, BB made demand upon American General Life Insurance Company to liquidate the Insurance Policy and send the cash surrender value to Trustee. Furthermore, BB represented Trustee in her investigation of the Debtors' non-scheduled Tax Returns. BB prepared and sent a Tax Refund Intercept Letter to the IRS in order to obtain the Tax Refunds. In addition, BB prepared this final fee application and the final fee application for Trustee's Accountants.

### Compensation Requested

10. BB has expended a total of 9.2 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $1,684.00.

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services

performed, all of BB services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

12. The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Expense Reimbursement Requested

13. During the period covered by this Application, BB incurred expenses in the amount of $10.39 in connection with its representation of Trustee for which it now requests reimbursement. Expenses were incurred for postage for the service of motions and the delivery of tax returns to the IRS via certified mail. The expenses have been recorded and are set forth on the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case.

15. BB has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

18. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

20. Trustee currently has approximately $21,000 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BB in connection with this final fee application, 3) the fees and expenses allowed to Trustee's accountants and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case.

### Trustee's Approval

22. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BB, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to BB final compensation in the amount of $1,684.00 for actual and necessary professional services rendered to the Trustee from January 2013 through the closing of this case;

B. Allowing to BB reimbursement of $10.39 for expenses incurred in connection with the foregoing services; and

C. For such other and further relief as this Court deems appropriate.

Dated: April 29, 2014                    Baldi Berg, Ltd.

                                         Attorneys for Elizabeth C. Berg, as trustee of the estate of Rocky and Anna Gomez, debtors

                                         By:  /s/
                                              Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N.Clark St., Ste 200
Chicago IL 60602
312.726.8150`

**Baldi Berg Ltd.**  **Rocky and Anna Gomez, Debtors**
**Final Fee Application**  **Case No. 12-44711**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-44711 |
| Rocky and Anna Theresa Gomez, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | Kane |
| Debtor(s) | ) | |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Rocky and Anna Theresa Gomez, debtors, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: /s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 07, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 726-8150

**Baldi Berg Ltd.**  **Rocky and Anna Gomez, Debtors**
**Final Fee Application**  **Case No. 12-44711**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Ltd., Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg, Ltd.**

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg Ltd.**  **Rocky and Anna Gomez, Debtors**
**Final Fee Application**  **Case No. 12-44711**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

April 22, 2014
Invoice No:  02436

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Gomez - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/29/2013 | RKP | Review documents and file for information needed to draft motions to employ attorneys and accountants (.2); draft motion to employ attorneys (.6); draft affidavit (.1); and proposed order (.1); draft motion to employ accountants (.4); proposed order (.1) and affidavit (.1). | 1.60 $195.00/ hr | $312.00 |
| 1/30/2013 | RKP | Review and edit motion to employ attorneys and accountants (.2); review and edit proposed orders (.1) and affidavits (.1); draft letter to L. West re: retention (.1) | 0.50 $195.00/ hr | $97.50 |
| 2/18/2013 | JMM | Consult w/ ECB re: Estate's Tax Refund (.1), Draft Turnover of Tax Refund Letter (.5) | 0.60 $175.00/ hr | $105.00 |
| 4/22/2013 | RKP | Draft letter to American General Life Companies demanding turnover of life insurance policy proceeds (.5); prepare cancellation and disbursement form (.2). | 0.70 $195.00/ hr | $136.50 |
| 4/26/2013 | RKP | Prepare letter to B. Schneider re: documents needed from Debtor in order to effectuate turnover of life insurance policy proceeds (.3); prepare form required by insurance company (.1). | 0.40 $195.00/ hr | $78.00 |

**Baldi Berg, Ltd**                                            4/22/2014

Gomez - General Administration                             Page    2

---

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/07/2013 | RKP | Phone call to B. Schneider re: status of receiving form required for turnover of life insurance cash value; email to Trustee re: same | 0.10<br>$195.00/ hr | $19.50 |
| 5/09/2013 | RKP | Follow up email to B. Schneider re: forms needed to liquidate AmGen Insurance policy (.1); email to E. Berg re: same (.1); review forms received from Debtor and respond (.1); prepare letter to AmGen re: change of name forms (.1). | 0.40<br>$195.00/ hr | $78.00 |
| 5/14/2013 | JMM | TC from Debtor re: Debtor's exemption claimed in Tax Refund & Insurance Check (.4), Review Schedules & Checks & 341 notes re: same (.3), Consult w/ ECB re: Money owed to Anna (.2) | 0.90<br>$175.00/ hr | $157.50 |
| 5/17/2013 | JMM | Reviewed Tax return and confirm calculation of proration of 2012 Tax Refund as between Debtor and Estate (.1), Cut Check to Debtor (.1), Draft Letter to Anna re: Check (.2) | 0.40<br>$175.00/ hr | $70.00 |
| 3/20/2014 | JMM | Review correspondence from Insurance Company re: tax basis in proceeds (.1); Forward same to Accountant (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/15/2014 | JMM | Prepare Trustee's Attorneys Fee Application (1.4); coversheet, proposed order and affidavit (.3); review and edit same (.2) | 1.90<br>$175.00/ hr | $332.50 |
| 4/15/2014 | JMM | Prepare Trustee's Accountant Fee Application (1.0); coversheet, proposed order and affidavit (.3); review and edit same (.2) | 1.50<br>$175.00/ hr | $262.50 |

                                                      Total Fees    $1,684.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/31/2013 | Application to Employ Attorneys (3 pgs) & Application to Employ Accountants (4 pgs) sent to 3 parties x (7 pg x $.10 per page) = | 1.00 @<br>/each | $2.10 |

**Baldi Berg, Ltd**                                                                 4/22/2014

Gomez - General Administration                                              Page    3

| Date | Description | Qty | Amount |
|---|---|---|---|
| 1/31/2013 | Motion to Employ Attys & Motion to Employ Accountants sent to 3 recipients (3 x $.66) | 1.00 @ /each | $1.98 |
| 2/18/2013 | Turnover of Tax Refund Letter to IRS sent by Certified Mail | 1.00 @ /each | $6.31 |

|  |  |
|---|---|
| Total Expenses | $10.39 |
| Total New Charges | $1,694.39 |
| Previous Balance | $0.00 |
| Balance Due | $1,694.39 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Jason M Manola | 5.50 | $175.00 |
| Ricki K Podorovsky | 3.70 | $195.00 |
|  | 9.20 |  |

**Baldi Berg Ltd.**                                         **Rocky and Anna Gomez, Debtors**
**Final Fee Application**                                                **Case No. 12-44711**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rocky and Anna Gomez, | ) | Case No. 12-44711 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on April 29, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**