**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOMEZ, ROCKY | § | Case No. 12-44711 |
| GOMEZ, ANNA THERESA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Jeffrey P. Allsteadt
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on June 13, 2014
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GOMEZ, ROCKY § Case No. 12-44711
GOMEZ, ANNA THERESA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,429.49 |
| and approved disbursements of | $ | 3,746.21 |
| leaving a balance on hand of[1] | $ | 21,683.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 2,931.19 | $ 0.00 | $ 2,931.19 |
| Trustee Expenses: Elizabeth C. Berg | $ 17.18 | $ 0.00 | $ 17.18 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,684.00 | $ 0.00 | $ 1,684.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 10.39 | $ 0.00 | $ 10.39 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 857.50 | $ 0.00 | $ 857.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,500.26 |
| Remaining Balance | $ 16,183.02 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,528.81 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,433.39 | $ 0.00 | $ 6,133.35 |
| 000002 | Discover Bank | $ 4,966.44 | $ 0.00 | $ 2,919.56 |
| 000003 | Fifth Third Bank | $ 4,751.67 | $ 0.00 | $ 2,793.31 |
| 000004 | Capital Recovery V, LLC | $ 1,021.00 | $ 0.00 | $ 600.20 |
| 000005 | eCAST Settlement Corporation, assignee | $ 2,503.04 | $ 0.00 | $ 1,471.43 |
| 000006 | Springleaf Financial Services of | $ 3,853.27 | $ 0.00 | $ 2,265.17 |

Total to be paid to timely general unsecured creditors      $      16,183.02

Remaining Balance      $      0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-44711-DRC
Rocky Gomez                                                             Chapter 7
Anna Theresa Gomez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams            Page 1 of 2             Date Rcvd: May 13, 2014
                               Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2014.
db/jdb         #+Rocky Gomez,    Anna Theresa Gomez,    807 Spruce Street,    Aurora, IL 60506-3743
19679839       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19679840        +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19679843        +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
                 Grand Rapids, MI 49546-6253
19679844        +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
                 Grand Rapids, MI 49546-6253
20250413        +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
19679845        +Franklin Collection Sv,    2978 W Jackson St,    Tupelo, MS 38801-6731
19679848        +Michele Bruno, DDS,    541 W. Sullivan,    Aurora, IL 60506-1406
19679849        +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
19679850        +New York Community Ban,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
19679851        +Nycb Mortgage Company,    5024 Parkway Plaza Blvd,    Charlotte, NC 28217-1962
19679853        +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19679854        +Rush Copley Medical Center,    2000 Ogden Ave.,    Aurora, IL 60504-5893
19679855        +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
20330553         eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
20567094         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19679837        +E-mail/Text: ally@ebn.phinsolutions.com May 14 2014 00:53:06     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
20518318         E-mail/PDF: rmscedi@recoverycorp.com May 14 2014 11:30:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20223144         E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2014 00:56:47     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19679841        +E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2014 00:56:47     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19679842        +E-mail/Text: bknotice@erccollections.com May 14 2014 00:54:26     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19679846        +E-mail/PDF: gecsedi@recoverycorp.com May 14 2014 11:50:00      Gecrb/discount Tire,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
19679852        +E-mail/Text: bankruptcies@orangelake.com May 14 2014 00:53:07     Orange Lake Country Cl,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
19679838         E-mail/PDF: cbp@slfs.com May 14 2014 00:57:17      American General Finan,    Springleaf Financial,
                 Po Box 3251,    Evansville, IN 47731
20605846         E-mail/PDF: cbp@slfs.com May 14 2014 00:58:07      Springleaf Financial Services of,
                 Illinois, Inc,    POB 3251,    Evansville, IN 47731-3251
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19679836         Abn Amro Mortgage Grou
aty            ##+Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
19679847       ##+Imelda and Ignacio Rosales,    809 Spruce Street,    Aurora, IL 60506-3743
                                                                                              TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: May 13, 2014
                              Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2014                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2014 at the address(es) listed below:
              Ben L Schneider    on behalf of Debtor Rocky  Gomez ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Ben L Schneider    on behalf of Joint Debtor Anna Theresa Gomez ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Accountant   Popowcer Katten, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Gloria C  Tsotsos    on behalf of Creditor    Federal National Mortgage Association c/o Seterus,
               Inc. nd-two@il.cslegal.com
              Jessica S Naples    on behalf of Creditor    CITIMORTGAGE, INC. ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    Federal National Mortgage Association c/o Seterus,
               Inc. ND-Two@il.cslegal.com
                                                                                             TOTAL: 9
```