UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GOMEZ, ROCKY | § | Case No. 12-44711 |
| GOMEZ, ANNA THERESA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Elizabeth C. Berg_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANNA GOMEZ |  |  |  |
| ANNA GOMEZ |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Abn Amro Mortgage Grou |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | | | | |
| | American General Finan Springleaf Financial Po Box 3251 Evansville, IN 47731 | | | | | |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | | | | |
| | Nycb Mortgage Company 5024 Parkway Plaza Blvd Charlotte, NC 28217 | | | | | |
| | Orange Lake Country Cl Attn: Bankruptcy 8505 W Irlo Bronson Memorial Highway Kissimmee, FL 34747 | | | | | |
| | Seterus Inc 14523 Sw Millikan Way St Beaverton, OR 97005 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Franklin Collection Sv 2978 W Jackson St Tupelo, MS 38801 |  |  |  |  |  |
|  | Michele Bruno, DDS 541 W. Sullivan Aurora, IL 60506 |  |  |  |  |  |
|  | Municollofam 3348 Ridge Road Lansing, IL 60438 |  |  |  |  |  |
|  | New York Community Ban 1801 E 9th St Ste 200 Cleveland, OH 44114 |  |  |  |  |  |
|  | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 |  |  |  |  |  |
|  | Rush Copley Medical Center 2000 Ogden Ave. Aurora, IL 60504 |  |  |  |  |  |
|  | Rush Copley Medical Center 2000 Ogden Ave. Aurora, IL 60504 |  |  |  |  |  |
| 000004 | CAPITAL RECOVERY V, LLC |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000002 | DISCOVER BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| 000006 | SPRINGLEAF FINANCIAL SERVICES OF | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 1 - ROCKY & ANNA GOMEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-44711 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GOMEZ, ROCKY | | | | Date Filed (f) or Converted (c): | 11/12/12 (f) |
| | GOMEZ, ANNA THERESA | | | | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: | 09/29/14 | | | | Claims Bar Date: | 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 807 Spruce Street, Aurora, IL 60506 | 83,700.00 | 0.00 | | 0.00 | FA |
| 2. 809 Spruce Street, Aurora, IL 60506 | 71,300.00 | 0.00 | | 0.00 | FA |
| 3. Holiday Inn Club Vacation Timeshare in Gatlinburg, | 8,000.00 | 0.00 | | 0.00 | FA |
| 4. Old Second National Bank Checking | 20.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. Parties' wedding rings | 600.00 | 0.00 | | 0.00 | FA |
| 8. Surrender value for wife's term life insurance | 14,848.11 | 15,336.49 | | 17,986.49 | FA |
| 9. Husband's Retirement Savings Plan | 11,241.71 | 0.00 | | 0.00 | FA |
| 10. 2006 Cadillac SRX | 11,800.00 | 0.00 | | 0.00 | FA |
| 11. 1995 Plymouth Voyager | 900.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (u) Federal Tax Refund | 0.00 | 5,684.58 | | 6,534.00 | FA |
| 13. Tax Refund (u) | 0.00 | 790.83 | | 909.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.01

FORM 1 - ROCKY & ANNA GOMEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 12-44711 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | Date Filed (f) or Converted (c): | 11/12/12 (f) |
| | GOMEZ, ANNA THERESA | 341(a) Meeting Date: | 12/31/12 |
| | | Claims Bar Date: | 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| State of Illinois Tax Refund | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $203,409.82 | $21,811.90 | | $25,429.49 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's whole life insurance policy and income tax refunds. Trustee demanded turnover of the life
insurance policy and also obtained the Debtors' tax returns. Trustee collected approximately $22,000 after paying the
Debtors their exemption in the life insurance policy. Trustee has reviewed claims, prepared her final report, and will
disburse funds after approval by the Court.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13


         /s/    Elizabeth C. Berg
_____ Date: 09/29/14
         ELIZABETH C. BERG

Page: 1

ROCKY & ANNA GOMEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Associated Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******5927 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 21,728.06 | | 21,728.06 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.50 | 21,715.56 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 32.28 | 21,683.28 |
| 06/16/14 | 005001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,931.19 | 18,752.09 |
| 06/16/14 | 005002 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,684.00 | 17,068.09 |
| 06/16/14 | 005003 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 857.50 | 16,210.59 |
| 06/16/14 | 005004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorney's Expense Reimbursement | 3120-000 | | 10.39 | 16,200.20 |
| 06/16/14 | 005005 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200 | Trustee Expenses | 2200-000 | | 17.18 | 16,183.02 |

Page Subtotals  21,728.06  5,545.04

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 - ROCKY & ANNA GOMEZ

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Associated Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******5927 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60602 | | | | | |
| 06/16/14 | 005006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 58.78578% | 7100-000 | | 6,133.35 | 10,049.67 |
| 06/16/14 | 005007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 58.78577% | 7100-000 | | 2,919.56 | 7,130.11 |
| 06/16/14 | 005008 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000003, Payment 58.78586% | 7100-000 | | 2,793.31 | 4,336.80 |
| 06/16/14 | 005009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 58.78550% | 7100-000 | | 600.20 | 3,736.60 |
| 06/16/14 | 005010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 58.78572% | 7100-000 | | 1,471.43 | 2,265.17 |
| 06/16/14 | 005011 | Springleaf Financial Services of<br>Illinois, Inc<br>POB 3251 | Claim 000006, Payment 58.78565% | 7100-000 | | 2,265.17 | 0.00 |

Page Subtotals    0.00    16,183.02

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Associated Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******5927 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Evansville, IN 47731-3251 | | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 21,728.06 | 21,728.06 | 0.00 |
| | Less: Bank Transfers/CD's | | 21,728.06 | 0.00 | |
| | Subtotal | | 0.00 | 21,728.06 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 21,728.06 | |

Page Subtotals         0.00         0.00

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

ROCKY & ANNA GOMEZ

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338  Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/13 | 12 | United States Treasury | FED TAX REFUND | 1224-000 | 6,534.00 | | 6,534.00 |
| 03/13/13 | 13 | Treasurer of the State of Illinois | STATE TAX REFUND | 1224-000 | 909.00 | | 7,443.00 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 7,433.00 |
| 05/10/13 | 8 | American General Life Insurance Company<br>1050 N. Western Street<br>Amarillo  TX 79106 | Insurance Refund | 1129-000 | 17,986.49 | | 25,419.49 |
| 05/13/13 | 001001 | ANNA GOMEZ<br>807 SPRUCE STREET<br>AURORA, IL 60506 | Exemption in Life Insurance<br>Exemption for Wife's Term Life Insurance from AIG | 8100-000 | | 2,650.00 | 22,769.49 |
| 05/17/13 | 001002 | ANNA GOMEZ<br>807 SPRUCE STREET<br>AURORA, IL 60506 | Pro-rata Portion of 2012 Tax Refund<br>State = $118.17<br>Federal = $849.42<br>This is debtor's post-petition portion of income tax refund. | 8500-000 | | 967.59 | 21,801.90 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 | 2600-000 | | 10.00 | 21,791.90 |

Page Subtotals      25,429.49      3,637.59

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

ROCKY & ANNA GOMEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ~JMM | | | | |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occurred on June 4, 2013. TCMS will not allow me to back date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 18.04 | 21,773.86 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 22.70 | 21,751.16 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 23.10 | 21,728.06 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 21,728.06 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 25,429.49 | 25,429.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 21,728.06 | |
| Subtotal | 25,429.49 | 3,701.43 | |
| Less: Payments to Debtors | | 3,617.59 | |
| Net | 25,429.49 | 83.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5927 | 0.00 | 21,728.06 | 0.00 |
| Checking Account - ********0338 | 25,429.49 | 83.84 | 0.00 |
| Page Subtotals | 0.00 | 21,791.90 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

In re: ROCKY & ANNA GOMEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 12-44711 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | GOMEZ, ROCKY | | Bank Name: | Congressional Bank |
| | GOMEZ, ANNA THERESA | | Account Number / CD #: | *******0338 Checking Account |
| Taxpayer ID No: | *******0762 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 25,429.49 | 21,811.90 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*